**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00911-CV

————————————

**ZHUO CHEN, LC-TX INVESTMENT, LLC, AND SL VISION, LLC,**
**Appellants**

**V.**

**QIAN WU AND LENSHOME OPTIC, LLC, Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-75354**

---

## MEMORANDUM OPINION

On November 19, 2024, the Harris County District Clerk forward to this Court

a purported notice of appeal filed by appellants, Zhuo Chen, LC-TX Investment,

LLC, and SL Vision, LLC.  On December 17, 2024, appellants filed a "Notice to

First Court of Appeals Regarding Appeal Status."  In appellants' notice, they state

that the document forwarded to this Court by the Harris County District Clerk was not intended as a notice of appeal and that no party had appealed the trial court's underlying judgment. The purported notice of appeal was instead a "brief [to] the trial court discussing whether attorney fees for a potential appeal should be included in the final judgment." Appellants further stated that the district clerk's office "apparently concluded . . . that said brief was a notice of appeal on the issue of attorney fees. It was not."

Accordingly, appellants requested, "[t]o the extent required," that the Court "dismiss the appeal without prejudice to re-filing while the appeal deadline is still pending." No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference stating that appellees, Qian Wu and LensHome Optic, LLC, are not opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the Court grants appellants' request and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.